IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 18-cv-02334-CMA-MEH

THOMAS STOCKS,

    Plaintiff,

v.

CASEY CROWFOOT,

    Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE MICHAEL E. HEGARTY**

---

    This matter is before the Court on the Recommendation of United States Magistrate Judge Michael E. Hegarty. (Doc. # 121). Judge Hegarty recommends that this case be dismissed with prejudice for Plaintiff's failure to prosecute and failure to obey the court's orders. For the following reasons, the Court affirms and adopts the Recommendation.

    The Recommendation advised the parties that specific written objections were due within fourteen days after service of the Recommendation. (Doc. # 121, p. 3, n. 2). Neither party filed a timely objection.

    "[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports. In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v.*

*Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.")).

Having reviewed the Recommendation, the relevant portions of the record, and the relevant legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly, the Court ORDERS that the Recommendation of United States Magistrate Judge Michael E. Hegarty (Doc. # 121) is AFFIRMED and ADOPTED as an Order of this Court, and that this case is DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that Defendant's Renewed Motion for Discovery Sanctions (Doc. # 115) is DENIED AS MOOT.

DATED: January 5, 2022

BY THE COURT:

*[signature: Christine M. Arguello]*
CHRISTINE M. ARGUELLO
United States District Judge